IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS SORIANO,<br><br>           Plaintiff,<br><br>vs.<br><br>WESTLAKE SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendants. | **8:25CV433**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on Plaintiff's Notice of Dismissal as to Defendant TransUnion, LLC (Filing No. 10). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant TransUnion, LLC be dismissed with prejudice with each party to bear their own fees and costs. All other defendants remain parties in this action.

Dated this 29th day of August, 2025.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge