IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS SORIANO,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTLAKE SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | 8:25CV433<br><br><br>ORDER |

  Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff, that he has reached a settlement with Defendant Equifax Information Services, LLC,

  **IT IS ORDERED:**

  1.  On or before November 3, 2025, the Plaintiff and Defendant Equifax Information Services, LLC shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the claims against Defendant;

  2.  Absent compliance with this order, the claims against Defendant Equifax Information Services, LLC (including all counterclaims and the like) may be dismissed without further notice.

  Dated this 3rd day of October, 2025.

                    BY THE COURT:

                    s/ Ryan C. Carson
                    United States Magistrate Judge