IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS SORIANO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WESTLAKE SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | 8:25CV433<br><br>**ORDER OF DISMISSAL OF PARTY** |

　　　This matter comes before the Court on the parties' Notice of Dismissal as to Defendant Westlake Services, LLC (Filing No. 24). The Court, being advised in the premises, finds that such an Order is proper. Furthermore, Westlake Services' motion to compel arbitration, Filing No. 19, is denied as moot.

　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Westlake Services, LLC be dismissed without prejudice with each party to pay its own fees and costs. All other defendants remain parties in this matter.

　　　Dated this 15th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge