IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS SORIANO, | |
| Plaintiff, | 8:25CV433 |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC, | ORDER TO SHOW CAUSE |
| Defendants. | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on June 30, 2025. (Filing No. 1). On August 21, 2025, Plaintiff filed a waiver of service as to defendant Experian Information Solutions, Inc. that was executed on July 9, 2025. (Filing No. 9). To date, defendant Experian Information Solutions, Inc. has not filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action.

Plaintiff has a duty to prosecute this case and may, for example, seek default in accordance with applicable rules, voluntarily dismiss this action, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action will be dismissed for lack of prosecution. Accordingly,

IT IS ORDERED that on or before **November 3, 2025**, Plaintiff must show cause why this case should not be dismissed for failure to prosecute, or take some other appropriate action.

Dated this 20th day of October, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge