IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS SORIANO,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | 8:25CV433<br><br>ORDER |

Upon Plaintiff's response to order to show cause and notice of settlement (Filing No. 27),

**IT IS ORDERED:**

1. On or before **December 19, 2025**, the settling parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the remaining claims against Defendant Experian Information Solutions, LLC, which should fully resolve this matter;

2. Absent compliance with this order, this case may be dismissed without further notice; and

3. The Clerk of Court shall terminate the show cause deadline set at Filing No. 26.

Dated this 21st day of October, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge